AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*March 21, 2025*

Nathan Ochsner, Clerk of Court

United States of America
v.

Antoine Ridge

Defendant(s)

Case No. **4:25-mj-168**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  03/16/2025  in the county of  Harris  in the
Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| USC 18 922(o)(1) | Possession of a Machine Gun |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

Ryan Hilz, TFO
*Printed name and title*

Sworn to before me via telephone.

Date: March 21, 2025

*Judge's signature*

City and state:   Houston, Texas

Richard W. Bennett, United States Magistrate Judge
*Printed name and title*

**4:25-mj-168**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Ryan Hilz, being duly sworn, do hereby depose and state:

1. I am a Task Force Officer with the Federal Bureau of Investigation (hereafter "FBI") and a Detective with the Harris County Sheriff's Office (hereafter "HCSO") and have been employed by HCSO since November 2012. During my employment with HCSO and the FBI, I have been trained in investigations relating to violations of the United States Federal Criminal Code, including Title 18 of the United States Code (hereafter "USC"), specifically criminal violations involving organized crime, aggravated robbery, bank robbery, interference with commerce by threats or violence, aggravated assaults kidnapping and murder. I am currently assigned to the Houston Division of the FBI, Violent Crime Task Force (hereafter "VCTF"), and have been since June 2020. My primary investigative responsibilities include crimes occurring within the Southern District of Texas.

2. The facts contained in this affidavit are based upon information provided to me by other law enforcement officers, and witnesses. Since this affidavit is made for the limited purpose of supporting a Criminal Complaint, I have not set forth each and every fact learned during the course of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the crimes charged. Unless

otherwise indicated, where actions, conversations, and statements of others are related herein, they are related in substance and in part only.

3. As detailed below, Antoine RIDGE is believed to have possessed and used the Machine Gun involved in a March 16, 2025 shooting that resulted in the detah of Jorge Arbaiza, in violation of Title 18, United States Code, Section 922(o)(1).

## PROBABLE CAUSE

4. On Sunday, March 16, 2025, I was advised of a shooting incident that occurred at the McDonalds restaurant, located at 6110 North Fry Road, Katy, Harris County, Texas, which is located in the Southern District of Texas. I was advised by Sergeant R. Wade, who is employed with HCSO, assigned to the Violent Crimes Division, that two victims, identified as Jorge Arbaiza and Tyler Jordan, both sustained gunshot wounds. I was advised Mr. Arbaiza was being transported to Memorial Hermann Hospital, located at 6411 Fannin Street, Houston, Harris County, Texas, by Life Flight and Mr. Jordan was transported by ground to Ben Taub Hospital, located at 1504 Ben Taub Loop, Houston, Harris County, Texas. I later learned that Mr. Arbaiza arrived at Memorial Hermann Hospital where medical intervention was attempted. However, Mr. Arbaiza had succumbed to his wounds and passed away.

5. I went to Ben Taub Hospital, where Mr. Jordan, was being treated for a gunshot wound that appeared to have struck his right butt cheek and exited his right thigh. I interviewed Mr. Jordan in reference to the shooting incident, and he advised he was inside McDonalds attempting to pick up food for his daughter when a fight broke out and he was struck by gun fire. Mr. Jordan at first denied any involvement in the fight.

6. While at the Ben Taub Hospital, I spoke with Detectives K. White and T. Turner, who are both employed by the Harris County Sheriff's Office, who advised they were able to review surveillance video of the incident from McDonalds. I was advised Mr. Jordan was involved in the initial fight that broke out just prior to the shooting incident. I was advised Mr. Jordan was seen exiting a white sedan, with two additional males, following a group of five other males into the McDonalds, and engaging in a physical fight. I was advised during the physical fight, a male subject with Mr. Jordan brandished and fired what appeared to be a fully automatic pistol.

7. I again spoke with Mr. Jordan in reference to the incident and advised him surveillance video showed he was involved in the fight and asked him to again tell me what happened. Mr. Jordan stated he picked up two of his friends, whom he knows as "T" and "JJ", and they were driving them back to the Cypress area from the southeast side of Houston. Mr. Jordan stated while driving toward Cypress, Texas, he received a call from his daughter asking he pick up food, so he stopped at the McDonalds restaurant. Mr. Jordan stated he purchased food and while seated in his vehicle, a group of males, who are affiliated with a click he knows as "3P's", arrived at McDonalds and entered the restaurant. Mr. Jordan stated "T" and "JJ" advised him they were going to go inside and fight the males, and they requested Mr. Jordan to assist them.

8. Mr. Jordan stated they entered the restaurant and "JJ" began fighting with two males. Mr. Jordan stated he was attempting to pull one of the other males away from "JJ" and he heard shots begin being fired, at which time he was struck by a bullet and he ran from the scene. Mr. Jordan denied knowing anyone had a gun.

9. Mr. Jordan provided written consent to search his cellphone. The cellphone was provided to Detective M. Curry with the Harris County Sheriff's Office Homicide Division. Detective Curry later transported Mr. Jordan's phone to the Criminal Investigations Office where he conducted an extraction of Mr. Jordan's cellphone.

10. I was later advised by Detective Curry, while searching Mr. Jordan's cellphone, he observed a video taken with Mr. Jordan's phone. In the video, Mr. Jordan is observed holding a pistol, appearing to be a Glock pistol, that is equipped with a "switch" on the back of the slide. I know that a "switch" is the common name of a device that is applied to a pistol, which allows the pistol to operate as a fully automatic firearm. I know that a fully automatic firearm is a firearm which allows for multiple rounds to be fired with a single pull of the trigger.

11. During the follow up investigation, I reviewed the surveillance video from McDonalds, which captured the shooting incident. While reviewing the surveillance video, I observed Mr. Jordan's white sedan parked in a parking space along the south side of the restaurant. I observed a maroon SUV arrive and park several parking spaces down from Mr. Jordan's vehicle. A group of five males and three females exits the SUV and enters the restaurant. One of the individuals, is a black male wearing a blue hoodie.

12. A few seconds later, I observed Mr. Jordan and the male he identified as "JJ" exit the rear passenger side of Mr. Jordan's white sedan and the male he identified as "T" exit the front passenger side. I observed "T" to be a black male, with a medium to heavy build, wearing a black t-shirt and blue pants with white color stripes that extend down his legs. I also observed "T" to have dreads or braids that extend down to his neck

level. I also observed "JJ" to be a black male, with dreads/braids gathered on the top of his head, with a medium to thin build, wearing a a brown or tan color button up shirt, white color under shirt, white or light colored jeans and black shoes.

13. I observed "JJ" and Mr. Jordan enter the restaurant, "JJ" begin punching his hands together, and begin fighting with two males inside the restaurant. The male wearing the blue hoodie is observed brandishing a black semi-automatic pistol, which he had concealed in the front of his waist band. Mr. Jordan is observed joining in the fight with "JJ" against the two other males from the group that exited the maroon SUV. I observed "T" enter the McDonalds, at which time he brandishes a black semi-automatic pistol. Both the male in the blue hoodie and "T" point the pistols at each other. Both subjects begin firing their pistols at each other. The surveillance video was also equipped with audio, I observed and heard the pistol "T" fired multiple rounds in rapid succession, which I recognized from my training and experience to be fully automatic gunfire.

14. As the gun fire broke out, I observed Mr. Arbaiza standing at the sales counter of the restaurant, attempting to place an order. I observed Mr. Arbaiza appeared to be struck by the gunfire, lean forward then fall back on the floor.

15. On Wednesday, March 19, 2025, I, went with Detective W. Gonzalez, to Mr. Jordan's residence where we conducted a non-custodial interview. During the interview, Mr. Jordan confessed to having possession of the pistol "T" fired during the shooting incident, and videoing himself holding the pistol with his phone. Mr. Jordan also confessed at the time he was in possession of the pistol, he knew the pistol was equipped with a "switch". Mr. Jordan was asked to identify the subject he knows as "T" and he

identified "T" as a male subject he knows as "Twan", with a contact number of 832-493-2746. A search of the cellphone number was conducted by Detective Buenrostro, with the Sheriff's Office Homicide Division, through LEADS Online and identified the number as belonging to a male subject identified as Antoine RIDGE, with a registered address of 16202 Coyote Run Lane, Cypress, Harris County, Texas. The name Antoine RIDGE was conducted through the Harris County District Attorney's Office Criminal History Data Base, which returned a record for Antoine RIDGE, date of birth 01/16/2001, with his last known address of 16202 Coyote Run Lane, Cypress, Harris County, Texas. A known AFIS photo of RIDGE was compared to the McDonalds restaurant surveillance video. RIDGE was positively identified as the male who fired the fully automatic pistol.

16. On Thursday, March 20, 2025, RIDGE was arrested at 5707 Manning Creek Trail, Katy, Harris County, Texas, for an outstanding felony warrant for aggravated assault of a family member. I met with the home owners, identified as Jawara Lloyd and Aisha Woods. They advised that RIDGE does not live with them, and showed up at their residence on Sunday, March 16, 2025. Mr. Lloyd explained that RIDGE and Mr. Jordan (among others in their friend group) have stayed at their residence in the past, but that he had not seen RIDGE for approximately two years prior to Sunday. According to Mr. Lloyd, shortly after RIDGE arrived, he and Mrs. Woods left to go to an unrelated doctor's appointment. Mr. Lloyd stated when they arrived home on Monday, March 17, 2025, at approximately 5:30am, RIDGE was at their residence on a phone call with a male subject. Mr. Lloyd stated that he recognized the voice on the other line to be Mr. Jordan. Mr. Lloyd, further stated that he heard Mr. Jordan telling RIDGE that Mr. Jordan

had put the "Blicky" up. Mr. Lloyd stated he knows the term "Blicky" to reference a handgun. While at Mr. Lloyd and Mrs. Woods' residence, they provided consent to search their residence for items related to this investigation. During the search, a box of 10mm ammunition was located in a trash bag that contained males clothing. The trash bag was located in the same room where RIDGE was found at the time of his arrest. I observed the box of ammunition was missing several rounds. I advised Detective Gonzalez of the ammunition and she advised the ammunition matched the same caliber and brand of the spent shell casings found at the scene of the shooting. Based on my investigation, including the timing of the March 16, 2025 shooting and the timing of this phone call, I believe that the handgun referenced in this conversation is the machine gun used in the March 16, 2025 shooting.

17. Based on the foregoing there is probable cause to believe that RIDGE possessed and used the Machine Gun involved in a March 16, 2025 shooting that resulted in the detah of Jorge Arbaiza, in violation of Title 18, United States Code, Section 922(o)(1).

_____
Ryan Hilz
Task Force Officer
Federal Bureau of Investigations

Sworn to and subscribed before me by telephone on this the 21st day of March, 2025 and I find probable cause.

_____
Hon. Richard W. Bennett
United States Magistrate Judge